No. 82–1633.   HOSPITAL BUILDING CO. *v.* TRUSTEES OF REX HOSPITAL ET AL.   C. A. 4th Cir.   Motion of Federation of American Hospitals for leave to file a brief as *amicus curiae* granted. Certiorari denied.   JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.